**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 8:26CV449 |
| DEFENDANT: 0.7151 BITCOIN (BTC) SEIZED FROM NEST SERVICES LIMITED d/b/a BINANCE ACCOUNT ENDING IN 5657 et al. | TYPE OF PROCESS: Complaint, Notice, Warrant in Rem |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Leslie Sammis Esq., Sammis Law Firm

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: 1005 N. Marion Street, Tampa, FL 33602

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Mikala Purdy-Steenholdt<br>Assistant U.S. Attorney<br>1620 Dodge Street, Suite 1400<br>Omaha NE 68102 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | 1 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Please serve via certified mail today in accordance with filing of complaint. Regarding:

a) 26-FBI-002806; b) 26-FBI-002808; c) 26-FBI-002809; and d) 26-FBI-002810

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Mikala Purdy-Steenholdt | ☒ PLAINTIFF<br>☐ DEFENDANT | 402-661-3700 | 08/21/2026 |

AUG 24 AM 9:05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 47 | No. 04 | [signature] | 8/24/2026 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time |
|---|---|---|
| | 9/1/26 | 10:33 ☒ am ☐ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | [signature] |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

- 8/24/2026: Shipped via tracking# 8761-8557-6809.
- 8/26/2026: Delivered

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2026 SEP -2 AM 9:04
OFFICE OF THE CLERK

# Transaction Record

FedEx

| TRACKING NO.: | SHIP DATE: | ESTIMATED TOTAL COST: |
| --- | --- | --- |
| 876185576809 | Aug 24, 2026 | 11.65 USD |

## From address

**Keiyanza Crosby**
United States Marshals Service
111 S 18th Plz
B06
68102 NE OMAHA
US
Phone: 5312830625
keiyanza.crosby@usdoj.gov

## To address

**Leslie Sammis Esq.,**
Sammis Law Firm
1005 N Marion Street
33602 FL TAMPA
US
Phone: 5312830625

## Package information

| Pieces | Weight | Dimensions (LxWxH) | Carriage value | Package options |
| --- | --- | --- | --- | --- |
| 1 x | 0.05 lb | | | n/a |

**Packaging type:**
FedEx Envelope

**Service:**
FedEx 2Day

**Pickup / drop-off type:**
I have already scheduled a pickup at my location

**Special Services:**
Adult signature required

## Billing information

Bill transportation cost to: ******959
Bill duties, taxes and fees to:
Your reference:

P.O. No.:
Invoice No.:
Department No.:

**Please note:** This transaction record is neither a statement nor an invoice, and does not confirm shipment tendered to FedEx or payment. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

FedEx

August 26, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 876185576809

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | M.Gonzalez | **Delivery Location:** | 1005 N MARION STnull |
| **Service type:** | FedEx 2Day | | |
| **Special Handling:** | Deliver Weekday;<br>Adult Signature Required | | TAMPA, FL, 33602 |
| | | **Delivery date:** | Aug 26, 2026 10:27 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 876185576809 | **Ship Date:** | Aug 24, 2026 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Leslie Sammis Esq.,, Sammis Law Firm
1005 N Marion Street
TAMPA, FL, US, 33602

**Shipper:**
Keiyanza Crosby, United States Marshals Service
111 S 18th Plz
B06
OMAHA, NE, US, 68102



Thank you for choosing FedEx