**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

UNITED STATES OF AMERICA,

Plaintiff,

Civil No. 8:26-cv-449

vs.

0.7151 BITCOIN (BTC) SEIZED FROM NEST SERVICES LIMITED d/b/a BINANCE ACCOUNT ENDING IN 5657,

52,472.485 TETHER (USDT) SEIZED FROM NEST SERVICES LIMITED d/b/a BINANCE ACCOUNT ENDING IN 5657,

0.6946 ETHEREUM (ETH) SEIZED FROM NEST SERVICES LIMITED d/b/a BINANCE ACCOUNT ENDING IN 5657,

1063.9684 XRP SEIZED FROM NEST SERVICES LIMITED d/b/a BINANCE ACCOUNT ENDING IN 5657,

Defendant.

________________________________________/

## MOTION FOR ADMISSION PRO HAC VICE

Comes now, Leslie M. Sammis, pursuant to NEGenR 1.7 of the United States District Court for the District of Nebraska, and respectfully moves this Court for an order granting admission pro hac vice to appear and participate in this action on behalf of Claimant, Russel John Wheatley.

In support of this motion, the applicant states as follows:

1. Applicant is admitted to practice law and is an active member in good standing in the bar(s) of the following jurisdiction(s): Florida, Bar No.: 0185825, and Georgia, Bar No.: 623535.

2. Applicant's office address, telephone number, and email address are:

   Sammis Law Firm
   1005 N. Marion St.
   Tampa, FL 33602
   Phone: (813) 250-0500
   E-Mail: Lsammis@sammislawfirm.com

3. Applicant is not currently subject to any formal disciplinary action or investigation in any jurisdiction.

4. Applicant has read and acknowledges the local rules and ethical obligations of this Court, including the attorney oath under NEGenR 1.7.

5. Applicant is associated with local counsel, Jason E. Troia, Nebraska State Bar Number 21793, who is regularly admitted to practice before this Court.

6. I, Leslie M. Sammis, being duly sworn on oath say: That as an officer of the United States District Court for the District of Nebraska, I shall demean myself faithfully, uprightly, and according to law; and that I shall support, uphold, and defend the Constitution of the United States of America; so help me God.

WHEREFORE, Leslie M. Sammis respectfully requests that this Court enter an order granting admission pro hac vice in this matter.

Dated: September 17, 2026.

Respectfully submitted,

/s/ Leslie M. Sammis
Leslie M. Sammis
Florida Bar No.: 0185825
SAMMIS LAW FIRM, P.A.
1005 N. Marion Street,
Tampa, FL 33602
Lsammis@sammislawfirm.com
(813) 250-0500

**CERTIFICATE OF SERVICE**

I do hereby certify that on September 17, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

/s/Leslie M. Sammis
Leslie M. Sammis