**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

UNITED STATES OF AMERICA,

Plaintiff, Civil No. 8:26-cv-449

vs.

0.7151 BITCOIN (BTC) SEIZED FROM NEST SERVICES LIMITED d/b/a BINANCE ACCOUNT ENDING IN 5657,

52,472.485 TETHER (USDT) SEIZED FROM NEST SERVICES LIMITED d/b/a BINANCE ACCOUNT ENDING IN 5657,

0.6946 ETHEREUM (ETH) SEIZED FROM NEST SERVICES LIMITED d/b/a BINANCE ACCOUNT ENDING IN 5657,

1063.9684 XRP SEIZED FROM NEST SERVICES LIMITED d/b/a BINANCE ACCOUNT ENDING IN 5657,

Defendant.
_______________________________________/

**APPEARANCE OF COUNSEL**

**COMES NOW** Jason Troia and hereby enters his appearance on behalf of Claimant, Russel J. Wheatley.

/s/ Jason E. Troia
Jason E. Troia, #21793
Attorney for Claimant
Jason Troia Law
209 South 19th Street, Suite 650
Omaha, NE 68102
(402) 290-2513 (phone)
Email: jason@jasontroialaw.com

**CERTIFICATE OF SERVICE**

I do hereby certify that on September 17, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

/s/ Jason E. Troia
Jason E. Troia