IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

0.7151 BITCOIN (BTC) SEIZED FROM NEST SERVICES LIMITED, 52,472.485 TETHER (USDT) SEIZED FROM NEST SERVICES LIMITED, 0.6946 ETHEREUM (ETH) SEIZED FROM NEST SERVICES LIMITED, and 1063.9684 XRP SEIZED FROM NEST SERVICES LIMITED,

Defendants.

**8:26CV449**

**ORDER**

The above-captioned action was randomly assigned to the undersigned magistrate judge for final disposition, and a motion to dismiss has now been filed. Unless all parties consent to final disposition by a magistrate judge, the undersigned cannot enter a ruling on the pending motion. If the parties do not so consent, the case will be reassigned to a district judge.

Accordingly,

IT IS ORDERED that to avoid any delays in this case,

1) If the parties consent to final disposition of the case by the undersigned magistrate judge, on or before October 8, 2026, they shall complete the

"CONSENT TO RANDOM ASSIGNMENT TO MAGISTRATE JUDGE" located on the court's website at http://www.ned.uscourts.gov/forms/. After all parties have signed this form, e-mail it in .pdf format to clerk@ned.uscourts.gov. Do not electronically file this form or submit it to chambers.

2) In the absence of timely submitting the fully executed consent form in accordance with paragraph (1) of this order, the case will be reassigned to a district judge.

Dated this 18th day of September, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge